Annie Walder, defendant in error, v. J. Y. Richards, plaintiff in error. Gen. No. 37,203.

Heard in the first division of this court for the first district at the December term, 1933. Opinion filed March 5, 1934.

Jacobson, Merrick, Nierman & Silbert, for plaintiff in error; David Silbert and Joseph L. Herr, of counsel. John P. Burita, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

Morris Kemp, defendant in error, v. DeLuxe Motor Cab Company, plaintiff in error. Gen. No. 36,994.

Heard in the first division of this court for the first district at the October term, 1933. Opinion filed March 5, 1934. Rehearing denied March 23, 1934.

John A. Bloomingston, for plaintiff in error. Irving G. Zazove, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

In re Estate of John M. Carlson, deceased.

Mabel C. Van Vlissingen, appellant, v. Walter E. Carlson, executor, appellee. Gen. No. 37,112.

Heard in the first division of this court for the first district at the October term, 1933. Opinion filed March 5, 1934.

Frederic L. Goff, for appellant. James M. Slattery, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Herbert D. Rycroft, appellee, v. Grace Rycroft Colonell, appellant. Gen. No. 37,121.

Heard in the first division of this court for the first district at the October term, 1933. Opinion filed March 5, 1934.

Socrates, Davis & Cohen, for appellant. Michael F. Ryan, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.